FILED: December 18, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 14-4598**
**(1:13-cr-00437-TDS-1)**

───────────────

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

       v.

MICHAEL WAYNE OSBORNE,

                 Defendant - Appellant.

───────────────

O R D E R

───────────────

Michael Wayne Osborne seeks to appeal his sentence for enticement of a minor, in violation of 18 U.S.C. § 2422(b) (2012). The government has moved to dismiss the appeal because the notice of appeal was not timely filed.

Osborne had fourteen days after entry of judgment to note his appeal. Fed. R. App. P. 4(b)(1)(A)(i) (2012). Upon a showing of excusable neglect or good cause, the district court may extend this period for up to thirty days. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

Osborne's notice of appeal was executed on June 27, 2014, twenty-three days beyond the excusable neglect period. Although the time limitation imposed by Rule 4(b) is not jurisdictional, this court has consistently enforced the limit when properly invoked by the government. The government seeks to enforce the limit, and Fed. R. App. P. 26(b)(1) prohibits this court from extending the time to file a notice of appeal.

Based on the foregoing, the notice of appeal was untimely, and we grant the government's motion to dismiss.

Entered at the direction of the panel: Judge Shedd, Judge Wynn, and Judge Thacker.


For the Court

/s/ Patricia S. Connor, Clerk